**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-51388-PSH |
| | § | |
| ERICA M HAMILTON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 02/07/2012, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/09/2012      By: /s/ David P. Leibowitz
                                                                            (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:                            §        Case No. 10-51388-PSH
                                  §
ERICA M HAMILTON                  §
                                  §
                                  §
              Debtor(s)           §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*                              $3,556.15
*and approved disbursements of*                                   $1,832.65
*leaving a balance on hand of[1]:*                                $1,723.50

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:                            $0.00
Remaining balance:                                                $1,723.50

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $433.69 | $0.00 | $433.69 |
| David P. Leibowitz, Trustee Expenses | $36.10 | $0.00 | $36.10 |

Total to be paid for chapter 7 administrative expenses:           $469.79
Remaining balance:                                                $1,253.71

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:        $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Remaining balance: $1,253.71

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $1,253.71

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $25,961.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for Target | $197.05 | $0.00 | $9.51 |
| 2 | SALLIE MAE INC, ON BEHALF OF THE DEPARTMENT OF EDUCATION | $20,895.96 | $0.00 | $1,009.10 |
| 3 | Portfolio Recovery Associates, LLC c/o Capital One Bank, N.a. | $2,006.72 | $0.00 | $96.91 |
| 4 | Capital Recovery IV LLC/ Credit One Bank NA | $2,181.36 | $0.00 | $105.34 |
| 5 | GE Money Bank/ JC Penney Credit Services | $680.15 | $0.00 | $32.85 |

Total to be paid to timely general unsecured claims: $1,253.71
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

**UST-Form 101-7-NFR (5/1/2011)**

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-51388-PSH
Erica M Hamilton                                                      Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross              Page 1 of 3              Date Rcvd: Jan 10, 2012
                              Form ID: pdf006          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2012.
```
db         +Erica M Hamilton,   2449 E 73rd Street,    Chicago, IL 60649-3427
16436439   ++APPLIED BANK,   PO BOX 15809,    WILMINGTON DE 19850-5809
             (address filed with court: Applied Bank,    601 Delaware Avenue,    Wilmington, DE 19801-1462)
16436440   ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    PO Box 85520,   Richmond, VA 23285-5520)
16436442   +Capital One Bank,   c/o Blitt & Gaines,    661 Glenn Avenue,    Wheeling, IL 60090-6017
16436443   +Credit One Bank,   PO Box 98875,    Las Vegas, NV 89193-8875
16436456   ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court: WEBBANK/DFS,    1 Dell Way,   Round Rock, TX 78682-7000)
16436447    HSBC Bank,   P.O.Box 5253,    Carol Stream, IL 60197-5253
16436448    HSBC/SCUSA,   PO Box 961245,    Fort Worth, TX 76161-0244
16436451   ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,   HORSHAM PA 19044-2308
             (address filed with court: NCO-MEDCLR,    P.O. Box 8547,   Philadelphia, PA 19101)
16436452   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery,    120 Corporate Blvd, Ste 100,
               Norfolk, VA 23502)
17392751    SALLIE MAE INC, ON BEHALF OF THE,    DEPARTMENT OF EDUCATION,   DOE,    P.O. BOX 740351,
              ATLANTA, GA 30374-0351
16436454    TNB-Target,   PO Box 673,    Minneapolis, MN 55440-0673
16436455    US Dept of Education,    PO Box 5609,   Greenville, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17170412      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 11 2012 04:21:48
              American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
17478605      E-mail/PDF: rmscedi@recoverycorp.com Jan 11 2012 04:24:44     Capital Recovery IV LLC,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16436444      E-mail/PDF: pa_dc_ed@salliemae.com Jan 11 2012 04:24:57     Dept of Ed/Sallie Mae,   PO Box 9635,
              Wilkes Barre, PA 18773-9635
17508149      E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2012 04:24:44     GE Money Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16436445      E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2012 04:24:44     GEMB/ GE Money Bank Low,
              PO Box 103065,   Roswell, GA 30076-9065
16436446     +E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2012 04:24:44     GEMB/JCP,   P.O. Box 984100,
              El Paso, TX 79998-4100
16436449     +E-mail/Text: resurgentbknotifications@resurgent.com Jan 11 2012 03:06:46     LVNV Funding,
              P.O. Box 740281,   Houston, TX 77274-0281
16436450     +E-mail/Text: brenden.magnino@mcmcg.com Jan 11 2012 03:08:27     Midland Credit Management,
              8875 Aero Drive,   San Diego, CA 92123-2255
                                                                                            TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16436441*   ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    PO Box 85520,   Richmond, VA 23285-5520)
17441872*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,
               POB 41067,   Norfolk VA 23541)
16436453    ##Security Credit Service,    2623 W Oxford Loop,   Oxford, MS 38655-5442
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dross              Page 2 of 3          Date Rcvd: Jan 10, 2012
                              Form ID: pdf006          Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: dross              Page 3 of 3           Date Rcvd: Jan 10, 2012
                              Form ID: pdf006          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2012 at the address(es) listed below:

        David P Leibowitz   dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        James L Hardemon   on behalf of Debtor Erica Hamilton bknotices@legalremedieschicago.com, jhardemon@legalremedieschicago.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 3